**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-35723 |
| | § | |
| Dennis G. Flannigan | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have provided by first class mail, postage prepaid a copy of Debtor's Amended Schedule G and Statement of Intent to Infiniti Financial Services at PO Box 660360, Dallas, TX 75266 on this the 1st day of November, 2019.

Date Mailed: 11/1/19

By: ***/s/ Allison D. Byman***

Allison D. Byman
Allison D. Byman
Byman & Associates PLLC
SBN 24040773
7924 Broadway, Suite 104
Pearland, TX 77581
(281) 884-9269 Telephone
adb@bymanlaw.com